UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Chapter 13 |
| Welsh Construction, LLC, | Case No: 24-43243 |
|     Debtor. | |

# NOTICE OF APPEARANCE AND REQUEST FOR NOTICES OF ALL FILINGS

Nicole Anderson Law, LLC hereby gives notice pursuant to Federal Rules of Bankruptcy Procedure 9010(b), and 2002 as well as Local Rule 9010-1, 2002-5 and 1007-2, the undersigned hereby notes her appearance as an interest party, in the above case, and requests that a copy of all notices given, and all papers (including pleadings, motions, application, orders and reports) served or filed in this case be served upon the undersigned at the address and facsimile number set forth below.

Dated: December 3, 2024

/e/ Nicole Anderson
NICOLE ANDERSON LAW, LLC
Nicole Anderson
Attorney ID 0336038
1650 11th Ave SW, Suite 203
Forest Lake, MN 55025
Telephone: 651-464-8510
Facsimile: 651-464-8513
Email: nicole@atlawhelp.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Chapter 13 |
| Welsh Construction, LLC,<br>    Debtor. | Case No: 24-43243 |

## UNSWORN CERTIFICATE OF SERVICE

I, Nicole Anderson, declare under penalty of perjury that on December 3, 2024, I filed a NOTICE OF APPEARANCE AND REQUEST FOR NOTICE electronically via CM/ECF.

Dated: December 3, 2024

/e/ Nicole Anderson
NICOLE ANDERSON LAW, LLC
Attorney ID 0336038
1650 11th Ave SW, Suite 203
Forest Lake, MN 55025
Telephone: 651-464-8510
Facsimile: 651-464-8513
Email: nicole@atlawhelp.com