**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**MINNEAPOLIS DIVISION**

| | | |
|---|---|---|
| In re: WELSH CONSTRUCTION, LLC | § | Case No. 24-43243 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Mary Jo A. Jensen-Carter, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

301 Diana E. Murphy United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 8/5/26

By: /s/ Mary Jo A. Jensen-Carter
Trustee

Mary Jo A. Jensen-Carter
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**MINNEAPOLIS DIVISION**

| | | |
|---|---|---|
| In re: WELSH CONSTRUCTION, LLC | § | Case No. 24-43243 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of :* | $ | 72,505.00 |
| *and approved disbursements of:* | $ | 16,045.67 |
| *leaving a balance on hand of[1]:* | $ | 56,459.33 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 16 | QUALITY DRYWALL MIDWEST, INC | 31,950.00 | 31,950.00 | 0.00 | 0.00 |
| 36S | MidCountry Bank | 1,060,961.19 | 1,060,961.19 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 56,459.33 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Mary Jo A. Jensen-Carter | 6,875.25 | 0.00 | 6,875.25 |
| Trustee, Expenses - Mary Jo A. Jensen-Carter | 1,147.47 | 0.00 | 1,147.47 |
| Attorney for Trustee Fees - BUCKLEY & JENSEN | 1,725.00 | 0.00 | 1,725.00 |
| Auctioneer Fees - DAILEY AUCTION SERVICE | 10,072.00 | 10,072.00 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - WESLER & ASSOCIATES CPA | 7,810.00 | 0.00 | 7,810.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Professional's Expenses - DAILEY AUCTION SERVICE | 4,415.35 | 4,415.35 | 0.00 |
| Other Professional's Expenses - WESLER & ASSOCIATES CPA | 431.06 | 0.00 | 431.06 |

Total to be paid for chapter 7 administrative expenses: $ 17,988.78
Remaining balance: $ 38,470.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 38,470.55

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $9,945.75 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | KATIE FICHTNER | 1,335.61 | 0.00 | 1,335.61 |
| 7 | HUNTER FACTOR | 3,738.00 | 0.00 | 3,738.00 |
| 17 | MEGHAN SWANSON | 1,773.75 | 0.00 | 1,773.75 |
| 24 | KEITH WYMAN | 1,903.84 | 0.00 | 1,903.84 |
| | UNITED STATES TREASURY | 542.58 | 0.00 | 542.58 |
| | UNITED STATES TREASURY | 126.90 | 0.00 | 126.90 |
| | UNITED STATES TREASURY | 525.07 | 0.00 | 525.07 |

Total to be paid for priority claims: $ 9,945.75
Remaining balance: $ 28,524.80

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,953,702.29 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | B&M HAZELWOOD MASONRY INC. | 12,524.98 | 0.00 | 120.97 |
| 2 | TWP Architects, PA | 4,126.70 | 0.00 | 39.86 |
| 3 | Xcel Energy | 724.08 | 0.00 | 7.00 |
| 4 | NORTHLAND PAVING | 133,103.25 | 0.00 | 1,285.42 |
| 6 | Donald R. Frantz Concrete Construction | 269,980.05 | 0.00 | 2,607.28 |
| 8 | Precision Landscaping & Construction | 385.00 | 0.00 | 3.72 |
| 9 | HAGER CITY GLASS CO. LLC | 15,600.00 | 0.00 | 150.65 |
| 10 | NORTH COUNTRY CONCRETE INC. | 5,346.60 | 0.00 | 51.63 |
| 11 | Skyline Fire Protection | 9,500.00 | 0.00 | 91.74 |
| 12 | Red Cedar Steel Erectors Inc | 1,620.00 | 0.00 | 15.64 |
| 13 | Steinkraus Plumbing, Inc. | 1,500.00 | 0.00 | 14.49 |
| 14 | Steinkraus Plumbing, Inc. | 2,450.00 | 0.00 | 23.66 |
| 15 | Steinkraus Plumbing, Inc. | 23,340.00 | 0.00 | 225.40 |
| 18 | PROTOUCH PAINTING INC. | 15,604.14 | 0.00 | 150.69 |
| 19 | US LBM Operating CO 3009 LLC | 12,952.30 | 0.00 | 125.08 |
| 20 | SONUS INTERIORS, INC. | 4,155.50 | 0.00 | 40.13 |
| 21 | IDC Automatic LLC | 355.00 | 0.00 | 3.43 |
| 22 | Rainbow Inc. | 4,656.00 | 0.00 | 44.96 |
| 23 | Lucky Klover, Inc. | 195.35 | 0.00 | 1.89 |
| 25 | Palen Kimball, LLC | 30,000.00 | 0.00 | 289.72 |
| 26 | MIDLAND GLASS CO., INC. | 5,881.90 | 0.00 | 56.80 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 27 | Fastenal Company | 197.51 | 0.00 | 1.91 |
| 28 | Tempworks Management / OJL Staffing Solutions, Inc | 8,636.25 | 0.00 | 83.40 |
| 29 | Superior Iron LLC | 3,952.00 | 0.00 | 38.17 |
| 30 | Miner Ltd., dba Star Equipment Inc | 3,022.62 | 0.00 | 29.19 |
| 31 | LIFESAVER FIRE PROTECTION | 1,409.86 | 0.00 | 13.62 |
| 32 | AID ELECTRIC CORPORATION | 37,287.12 | 0.00 | 360.09 |
| 33 | Glass & Mirror, Inc. | 16,100.00 | 0.00 | 155.48 |
| 34 | THE FIRE GROUP, INC. | 14,409.37 | 0.00 | 139.16 |
| 35 | Northern Technologies International Corporation | 258,155.28 | 0.00 | 2,493.08 |
| 36U | MidCountry Bank | 694,328.38 | 0.00 | 6,705.34 |
| 37 | DayCo Concrete Company, Inc. | 19,610.00 | 0.00 | 189.38 |
| 38 | RED WOLF WOODWORKS, LLC | 9,220.00 | 0.00 | 89.04 |
| 39 | The Lodge at Stillwater, LLC | 1,291,345.30 | 0.00 | 12,470.91 |
| 40 | Atlas Acquisitions LLC | 42,027.75 | 0.00 | 405.87 |

Total to be paid for timely general unsecured claims: $ 28,524.80
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ Mary Jo A. Jensen-Carter
Trustee

Mary Jo A. Jensen-Carter
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.